## Commonwealth *v.* Heaps, Appellant.

Submitted September 14, 1970. *William J. Gallagher,* Assistant Public Defender, for appellant; *A. Thomas Parke, III,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Heller, Appellant.

Argued September 21, 1970. *Ralph W. D. Levan,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Assistant District Attorney, with him *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.